**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIEL SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| VERIZON WIRELESS SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant VERIZON WIRELESS SERVICES, LLC ("VERIZON"), by and through its undersigned counsel, hereby removes the above-entitled action from the Circuit Court of Cook County, Illinois, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division, on the basis of the following facts:

1. Plaintiff Daniel Scott ("Scott") has commenced an action against Verizon in Illinois state court alleging a violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"). Because this action involves a claim brought under the laws of the United States, this Court has original jurisdiction over such claim, and the case is therefore properly removed to this Court. *See* 28 U.S.C. §§ 1331, 1441(a). *See also* 15 U.S.C. § 1681p.

2. On March 2, 2016, Plaintiff filed this action in the Circuit Court of Cook County, Illinois captioned *Daniel Scott v. Verizon Wireless Services, LLC*, Case No. 2016-CH-03064.

3. On March 10, 2016, Verizon was served with a copy of the Summons and Complaint.

4. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of all process, pleadings, and orders filed in the action are attached hereto as **Exhibit A and B**, respectively.

5. This Notice of Removal is filed within 30 days of receipt by Verizon of the initial pleading setting forth the claims for relief upon which the action is based. 28 U.S.C. §1446(b).

6. This action is properly removed to the United States District Court for the Northern District of Illinois, Eastern Division, because they are the district and division embracing Cook County, Illinois, where the state court action is pending. 28 U.S.C. §§ 1441(a).

7. Written notice of the filing of this Notice of Removal is being promptly provided to counsel for all adverse parties. 28 U.S.C. § 1446(d).

8. A copy of this Notice of Removal is being filed with the Clerk of the Court of the Circuit Court of Cook County, Illinois. 28 U.S.C. § 1446(d). A copy of the Notice to the Circuit Court of Cook County, Illinois of the Filing of Notice of Removal is attached hereto as **Exhibit C**.

WHEREFORE, Defendant Verizon Wireless Services, LLC requests that the above-entitled cause, currently pending in the Circuit Court of Cook County, in the State of Illinois, Case No. 2016-CH-03064, be removed to the United States District Court for the Northern District of Illinois, Eastern Division, and that this cause proceed in this Court as an action properly so removed.

Dated: April 7, 2016

                    Respectfully submitted,

                    Butler Weihmuller Katz Craig, LLP

                    /s/ K. Clark Schirle
                    K. Clark Schirle (ARDC No. 6199270)
                    cschirle@butler.legal
                    115 S. LaSalle Street, Suite 3200
                    Chicago, Illinois 60603
                    (312) 456-0900
                    (312) 456-0909 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2016 a copy of the foregoing Notice of Removal, with exhibits, was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that the foregoing is being served this day on all counsel of record identified on the below Service List via U.S. Mail and E-mail.

Chepov & Scott, LLC
5440 N. Cumberland Avenue, Suite 150
Chicago, IL  60656
(773) 714-1300
Attorneys for Plaintiff

                                                  /s/ K. Clark Schirle
                                                K. Clark Schirle
                                                Butler Weihmuller Katz Craig, LLP
                                                115 South LaSalle Street
                                                Suite 3200
                                                Chicago, IL 60603
                                                (312) 456-0900